IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:16-CR-063 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| STEVEN MILLER, | : | 18 U.S.C. § 1361 |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant | : | O.R.C. § 4511.19(A)(1)(a) |
| | : | O.R.C. § 4511.19(A)(1)(g) |
| | : | O.R.C. § 4511.202 |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(18 U.S.C. § 1361)

On or about December 19, 2015, in the Southern District of Ohio, the Defendant, STEVEN MILLER, did willfully injure or commit depredation against property of the United States, by damaging a brick wall, located at Building 233, Wright-Patterson Air Force Base, which damage was of a value of less than one thousand dollars.

In violation of 18 U.S.C. § 1361.

## COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(a))

On or about December 19, 2015, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States,

on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, STEVEN MILLER, having been previously convicted of or pleaded guilty to a violation of the Ohio Revised Code, Section 4511.19(A)(1)(a) or another equivalent offense within six (6) years of this offense, did, at the time of operation, operate a vehicle while under the influence of alcohol, a drug of abuse, or a combination of them.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(a).

## COUNT 3

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(g))

On or about December 19, 2015, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, STEVEN MILLER, did at the time of operation, operate a vehicle while having a concentration of two hundred four-thousandths of one per cent or more by weight per unit volume of alcohol in the said Defendant's blood serum or plasma.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(g).

## COUNT 4

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.202)

On or about December 19, 2015, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States,

on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, STEVEN MILLER, did operate a motor vehicle on a street, highway, or property open to the public for vehicular traffic without being in reasonable control of the vehicle.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.202.

BENJAMIN C. GLASSMAN
Acting United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch