RETURN OF SERVICE

3:16-CR-063

Service was made via certified mail:

Article Number **7015 0640 0002 9124 1116**

Date of mailing **4-27-16**

(Check line below to indicate appropriate method of service)

_____ Served personally upon the defendant at: _____

_____ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein, and mailed a copy of the summons to the defendant's last known address. Name of person w/ whom the summons was left:

_____

_____ Returned unexecuted: _____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this **Return of Service** is true and correct.

Returned on: **5-2-16**
(Date)

(Signature of server)

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Miller
342 Timberlake Dr.
Dayton, OH 45414

9590 9401 0077 5168 3674 78

2. Article Number (Transfer from service label)
7015 0640 0002 9124 1116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Steven Miller

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 30 2016

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☑ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt