FILED

16 JUN -8 AM 10: 13

SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

      Plaintiff,

-vs-

Steven Miller,

      Defendant.

Case No. 3:16-cr-63

Chief Magistrate Judge Ovington

## ORDER

On motion of the Defendant after being of the consequences under the Speedy Trial Act, the Court finds the Defendant understands the consequences of such a waiver of any possible objection under the Speedy Trial Act as to the charge under Count 1, making his request for such waiver a knowing, intelligent, and voluntary act. The period of such waiver is therefore from the date of the Arraignment, May 18, 2016, until July 13, 2016.

Pursuant to 18 U.S.C., Section 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

Date: 6-7-16

Sharon L. Ovington
Chief United States Magistrate Judge

Defendant: [signature]

Defense Counsel: [signature]